JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS RANGEL-CASTANEDA, ) | No. CV 11-10008 JFW (FFM) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ARCOLA WASHINGTON-ADDUCI, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED:  April 25, 2012


_____
JOHN F. WALTER
United States District Judge